IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JMARKUS CARRECTER,

    Plaintiff,

v.

GEORGE HERRIN, JR., TYRONE OLIVER, and GREGORY DOZIER,

    Defendants.

CIVIL ACTION NO.: 6:25-cv-17

### ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to dismiss Plaintiff's cause of action. Doc. 7. Plaintiff did not file Objections to this Report and Recommendation, and the time to do so has elapsed. Accordingly, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **DISMISS without prejudice** Plaintiff's Complaint, **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENY** Plaintiff leave to file *in forma pauperis*.

**SO ORDERED**, this 4th day of September, 2025.

                      HONORABLE J. RANDAL HALL
                      UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF GEORGIA